IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00302-RTG

BASIM ALI ISMAIL BELOUR,

    Applicant,

v.

TODD M. LYON, Denver Acting Director,
ROBERT GUARDIAN, Denver Field Director, and
JUAN BALTAZAR,

    Respondents.

---

## ORDER TO SHOW CAUSE

---

An application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed by the Applicant, challenging his detention at an immigration facility in Aurora, Colorado. Upon reading the application, good cause appears. Accordingly, it is

ORDERED that Respondents show cause **within thirty (30) days from the date of this order** why the application for a writ of habeas corpus should not be granted. It is

FURTHER ORDERED that **within thirty (30) days of Respondents' answer** Applicant may file a reply.

DATED January 27, 2026.

BY THE COURT:

*Richard T. Gurley*

Richard T. Gurley
United States Magistrate Judge