IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00302-NRN

BASIM ALI ISMAIL BELOUR,

     Petitioner,

v.

TODD M. LYON, Denver Acting Director,
ROBERT GUARDIAN, Denver Field Director, and
JUAN BALTAZAR,

     Respondents.

---

## MINUTE ORDER

---

ENTERED BY U.S. MAGISTRATE JUDGE N. REID NEUREITER

     This case has been directly assigned to a magistrate judge. D.C.COLO.LCivR 40.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(4), IT IS ORDERED that the parties shall complete and file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction form (ECF No. 5), indicating either the unanimous consent of the parties or that consent has been declined, by February 27, 2026.

DATED: January 28, 2026